# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ANDREW DOMINQUE ROBINSON**     **PLAINTIFF**
**ADC #652013**

v.     No: 5:18-cv-00278 JM-PSH

**SCOTT TAYLOR,** *et al.*     **DEFENDANTS**

## ORDER

The Court has reviewed the Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Findings and Partial Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that the Defendants' motion (Doc. No. 25) is DENIED.

DATED this 27th day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE