IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ANDREW DOMINQUE ROBINSON**                                **PLAINTIFF**
**ADC #652013**

v.                    No: 5:18-cv-00278 JM-PSH

**SCOTT TAYLOR,** *et al.*                                  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT the Defendants' motion for summary judgment (Doc. No. 56) is granted and Robinson's claims are dismissed with prejudice.

DATED this 29th day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE