# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ANDREW DOMINQUE ROBINSON**　　　　　　　　　　　　**PLAINTIFF**
**ADC #652013**

v.　　　　　　　　No: 5:18-cv-00278 JM-PSH

**SCOTT TAYLOR,** *et al.*　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice.

DATED this 29th day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE